## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Defendants.<br><br>―――――――――――――――――――<br><br>ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Counterdefendants. | C.A. No. 1:11-CV-00046-SLR |

## ANCHEN, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Anchen, Inc., according to Federal Rule of Civil Procedure 7.1, hereby states:

1)    Anchen, Inc. has no parent company.

2)     No publicly held corporation owns 10% or more of the stock of Anchen, Inc.

                                PHILLIPS GOLDMAN & SPENCE, P.A.

                                By:   /s/ John C. Phillips, Jr.
                                    John C. Phillips, Jr. (Bar No. 110)
                                    1200 North Broom Street
                                    Wilmington, Delaware 19806
                                    Tel: (302) 655-4200
                                    Fax: (302) 655-4210
                                    jcp@pgslaw.com

Dated: February 4, 2011

OF COUNSEL:

William R. Zimmerman, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401
bzimmerman@kmob.com

Payson LeMeilleur, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
plemeilleur@kmob.com

*Attorneys for Anchen, Inc.*