IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Defendants.<br><br>ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:11-CV-00046-SLR |

## ANCHEN PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Anchen Pharmaceuticals, Inc., according to Federal Rule of Civil Procedure 7.1, hereby states:

(a) Anchen Pharmaceuticals, Inc. is a wholly-owned subsidiary of Anchen, Inc.;

(b) No other publicly held corporation owns 10% or more of the stock of Anchen Pharmaceuticals, Inc. or Anchen, Inc.

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: February 4, 2011   By:   /s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200 (telephone)
(302) 655-4210 (facsimile)
jcp@pgslaw.com (e-mail)

OF COUNSEL:

William R. Zimmerman, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401
bzimmerman@kmob.com

Payson LeMeilleur, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
plemeilleur@kmob.com

*Attorneys for Defendant Anchen Pharmaceuticals, Inc.*