## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC, (f/k/a SMITHKLINE BEECHAM CORPORATION), | :<br>:<br>: |
| Plaintiff and Counterclaim Defendant, | :<br>:<br>: |
| v. | : C. A. No. 11-46-SLR/MPT |
| ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC., | :<br>:<br>:<br>: |
| Defendant and Counterclaim Plaintiffs, | :<br>: |

## ORDER

At Wilmington this **18th** day of **March, 2011**.

A Scheduling Order dated March 18, 2011 having been entered by The Honorable Sue L. Robinson, referring this matter to Magistrate Judge Thynge,

IT IS ORDERED that discovery matters shall be addressed as follows:

Discovery Matters.  Should counsel find they are unable to resolve a discovery matter or those other matters covered by this paragraph,[1] the parties involved shall contact chambers at (302) 573-6173 to schedule a telephone conference.  Not less that forty-eight (48) hours prior to the conference, *excluding* weekends and holidays, the party seeking relief shall file with the Court a letter, not to exceed three (3) pages, in no less than 12 point font, outlining the issues in dispute and its position on those issues.  (The Court does not seek extensive

---

[1] To meet the import of that phrase, counsel are expected to first **verbally** discuss the issues/concerns before seeking the Court's intervention.

argument or authorities at this point; it seeks simply a statement of the issue to be addressed and a summary of the basis for the party's position on the issue.)  Not less than twenty-four (24) hours prior to the conference, *excluding* weekends and holidays, any party opposing the application for relief may file a letter, not to exceed three (3) pages, in no less than 12 point font, outlining that party's reason for its opposition.  Courtesy copies of the letters are to be **hand delivered** to the Clerk's Office **within one hour of e-filing.**  Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.  Disputes or issues regarding protective orders, or motions for extension of time for briefing case dispositive motions which are related to discovery matters are to be addressed in the first instance in accordance with this paragraph.

No motions to compel or motions for protective order shall be filed absent approval of the court.  Absent expressed approval of the court following a discovery conference, no motions pursuant to Fed. R. Civ. P. 37 shall be filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE