IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:11-CV-00046-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC., and BANNER PHARMACAPS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2011 a copy of Initial Disclosures Pursuant to Rule 26(a)(1) by Defendants Anchen Pharmaceuticals, Inc. and Anchen, Inc. was served upon the following counsel in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Derek James Fahnestock, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
dfahnestock@mnat.com

**VIA E-MAIL**

William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Christopher R. Noyes, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
christopher.noyes@wilmerhale.com

**VIA E-MAIL**

Ron E. Shulman
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300
rshulman@wsgr.com

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000
rchin@wsgr.com

        PHILLIPS GOLDMAN & SPENCE, P.A.

        By:  /s/ John C. Phillips, Jr.
           John C. Phillips, Jr. (Bar No. 110)
           1200 North Broom Street
           Wilmington, Delaware 19806
           Tel: (302) 655-4200

        Fax: (302) 655-4210
        jcp@pgslaw.com

-and-
William R. Zimmerman, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401
bzimmerman@kmob.com

Payson LeMeilleur, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
plemeilleur@kmob.com

*Attorneys for Anchen Pharmaceuticals, Inc., Anchen, Inc., and Banner Pharmacaps, Inc.*

Dated: March 31, 2011